**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 4, 2014.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-14-00020-CV

### ALEXSANDRA P. DANILVO N/K/A ALEXANDRA P. SCHAEFER, Appellant

### V.

### JUERGEN A. SCHAEFER, Appellee

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-23232**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 19, 2013. On January 28, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.